M. Caleb Meyer, Esq. (Nevada Bar No. 13379)
Renee Finch, Esq. (Nevada Bar No. 13118)
Christine L. Atwood, Esq. (Nevada Bar No. 14162)
**MESSNER REEVES LLP**
8945 West Russell Road, Suite 300
Las Vegas, NV 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
E-mail: rfinch@messner.com
cmeyer@messner.com
dgould@messner.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DERENZO SHEPPARD, Individually,<br><br>Plaintiff<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive<br><br>Defendants | CASE NO. 2:21-CV-02101-CDS-EJY[1]<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL**<br><br>**(FIRST REQUEST)** |

The parties to this action, through their respective undersigned counsel of record, hereby stipulate and agree to a continuation of trial as follows:

I. **DISCOVERY COMPLETED**

Discovery in this matter is complete.

II. **DISCOVERY THAT REMAINS TO BE COMPELTED**

None.

III. **REASONS THE PARTIES ARE REQEUSTING A TRIAL CONTINUANCE**

The parties completed discovery, and the trial was set to commence on February 27, 2023. Following this trial setting, the parties discussed and agreed to attend mediation. Before the mediation was scheduled, on December 23, 2022, an order was issued referring this matter to

Page 1 of 2

---

[1] Counsel are reminded this case is assigned to Judge Cristina D. Silva. All documents must bear the correct case number 2:21-cv-02101-CDS-EJY. ECF No. 11.

Magistrate Judge Elayna J. Youchah for settlement conference. Thereafter the settlement conference was set for March 9, 2023. The parties intend to comply with this court order and are requesting that the instant trial is set for a date and time after the settlement conference. The parties believe that the matter may resolve with the assistance of the magistrate judge.

## IV. PROPOSED SCHEDULE ~~FOR REAMINING DISCOVERY~~

The parties request that this matter be set for trial no sooner than 45 days after March 9, 2023, so that the parties will have adequate time to prepare for trial should resolution not be reached during the settlement conference.

IT IS SO AGREED.

DATED this 17th day of January, 2023.

**MESSNER REEVES LLP**

*/s/ Renee M. Finch*
M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
Christine L. Atwood, Esq.
Nevada Bar No. 14162
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
*Attorneys for Defendant*

DATED this 17th day of January, 2023.

**MARX LAW FIRM PLLC**

*/s/ Bradley M. Marx*
Bradley M. Marx, Esq.
Nevada Bar No. 12999
601 S. Rancho Dr., Suite B14
Las Vegas, Nevada 89106
*Attorneys for Plaintiff*

## ORDER

**IT IS SO ORDERED** that the trial in this matter will be reset to a date no less than 45 days after the March 9, 2023, settlement conference. A new scheduling order ___ will  X  will not issue.

Dated this 17th day of January, 2023.

_____
**UNITED STATES DISTRICT JUDGE**