M. Caleb Meyer, Esq. (Nevada Bar No. 13379)
Renee Finch, Esq. (Nevada Bar No. 13118)
Christine L. Atwood, Esq. (Nevada Bar No. 14162)
**MESSNER REEVES LLP**
8945 West Russell Road, Suite 300
Las Vegas, NV 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
E-mail: rfinch@messner.com
          cmeyer@messner.com
          catwood@messner.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DERENZO SHEPPARD, Individually, <br><br> Plaintiff <br><br> vs. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive <br><br> Defendants | CASE NO.  2:21-CV-02101-~~JAD~~-EJY <br> (CDS) <br><br> **STIPULATION AND ORDER TO DISMISS** |

Plaintiff, DERENZO SHEPPARD ("Plaintiff") and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through their counsel of record, hereby stipulate to dismiss this action, with prejudice.

/  /  /

/  /  /

/  /  /

/  /  /

/  /  /

Page **1** of **2**

Each party to bear its own attorney's fees and costs.

DATED this 28th day of April, 2023.            DATED this 28th day of April, 2023.

**MESSNER REEVES LLP**                          **MARX LAW FIRM PLLC**

/s/ *Christine L. Atwood*                       /s/ *Bradle M. Marx*

M. Caleb Meyer, Esq.                            Bradley M. Marx, Esq.
Renee M. Finch, Esq.                            Nevada Bar No. 12999
Christine L. Atwood, Esq.                       601 S. Rancho Dr., Suite B14
8945 West Russell Road, Suite 300               Las Vegas, Nevada 89106
Las Vegas, Nevada 89148                         *Attorneys for Plaintiff*
*Attorneys for Defendant*

## **ORDER**

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the Master Trial Calendar Scheduling Conference set for May 2, 2023, at 10:00 a.m. is vacated. The Clerk of Court is directed to close this case.

DATED: May 1, 2023

_____
UNITED STATES DISTRICT JUDGE